UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

JAMES MILLIMAN, JR.

                                            Plaintiff,

      **-v.-**

                                Civil Action No.
                                6:14-cv-310 (GLS/CFH)

CAROLYN W. COLVIN,
Commissioner of Social
Security

                                            Defendant.

--------------------------------------------------------------------------------

APPEARANCES:                            OF COUNSEL:

**FOR THE PLAINTIFF:**

Office of Peter W. Antonowicz        PETER W. ANTONOWICZ, ESQ.
148 West Dominick Street
Rome, New York 13440

**FOR THE DEFENDANT:**

HON. RICHARD S. HARTUNIAN      AMANDA LOCKSHIN, ESQ.
United States Attorney for the        Special Assistant United States
   Northern District of New York     Attorney
100 South Clinton Street
Syracuse, New York 13261-7198

GARY L. SHARPE,
DISTRICT JUDGE

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Christian F. Hummel, duly filed August 27, 2015. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Christian F. Hummel filed August 27, 2015 (Dkt. No. 28) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that Milliman's motion for a finding of disability (Dkt. No. 21) is DENIED and the Commissioner's decision finding no disability is AFFIRMED; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

September 15, 2015
Albany, New York

Gary L. Sharpe
U.S. District Judge